U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JAN 11 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Evelyn Allen,

Plaintiff(s),

vs.

Cook County Correctional Center,

Defendant(s).

16-cv-0348
Judge Manish S. Shah
Magistrate Judge Susan E. Cox
PC11

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

***This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.***

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Evelyn Allen.

***If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.***

4. Defendant, Cook County Jail Correctional Center, is
(name, badge number if known)

☐ an officer or official employed by ______________________;
(department or agency of government)
______________________ or

☐ an individual not employed by a governmental entity.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is ______________________. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about ______________ (month,day, year), at approximately ______________ ☐ a.m. ☐ p.m. plaintiff was present in the municipality (or unincorporated area) of ______________________, in the County of ______________, State of Illinois, at ______________________, (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☐ Other:
______________________
______________________

__________________________________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):___________________________________________

_____________________________________________________________________

_____________________________________________________________________

__________________________________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

_____________________________________________________________________

_____________________________________________________________________

_____________________________________________________________________

_____________________________________________________________________

_____________________________________________________________________

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows____________________________________________________

__________________________________________________________________.

☐ Other: ___________________________________________________________.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.***)

I WAS incarcarated in Cook County JAil From June 30 2015 until October 30, 2015 in A Condemn building dirty Water, Mildew, Mold, Temperture needed to be fix sometimes it was freezing never warm, living with mice, bed bugs, causing me headache, feeling weak, skin rash, chest Congestion, unable to breath redness of the skin, crack paint, my living enviroment in Cook County JAil was unhealthy and nothing was done about this issue sueing for $18,000

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☐ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: [signature]

Plaintiff's name ***(print clearly or type)***: Evelyn Allen

Plaintiff's mailing address: 7506 S Aberdeen

City Chicago State IL ZIP 60620

Plaintiff's telephone number: (773) 939-6243.

Plaintiff's email address ***(if you prefer to be contacted by email)***: evelynallen3166@yahoo

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

***If yes, please list the cases below.***

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***